# Court of Appeals
# of the State of Georgia

ATLANTA,     August 25, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2254.  BEVERLY PYNE v. THR GEORGIA LLC d/b/a RIVERSTONE SINGLE FAMILY HOME.**

THR Georgia LLC filed a dispossessory action against Beverly Pyne in magistrate court. Following an adverse judgment, Pyne appealed to the superior court, which, after granting THR Georgia LLC's motion for summary judgment, entered a writ of possession in favor of THR Georgia, LLC.  Pyne then appealed directly to this Court.  We, however, lack jurisdiction.

Because the order to be appealed disposes of a de novo appeal from a magistrate court decision, Pyne was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/25/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*